# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

## CASE NO.: 24-13635-J

KLOECKNER METALS
CORPORATION, et. al.,

    Appellant,

v.

ALLIANCE WORKFORCE
SOLUTIONS, LLC.

    Appellee.
_____/

## **APPELLANT'S NOTICE OF FILING KINNNARD MEDIATION CENTER EMAIL GRANTING EXTENSION FOR SERVICE OF INITIAL BRIEF**

Appellant Kloeckner Metals Corporation ("Appellant") by and through undersigned counsel, hereby notices the court and all parties that the Kinnard Mediation Center has granted its request for an extension of time for service of its Initial Brief, and states as follows:

1. On January 13, 2025, the parties agreed to reschedule mediation for February 11, 2025, and agreed to an extension of time for service of Appellant's Initial Brief for two weeks thereafter.

2. Pursuant to Eleventh Judicial Circuit Court of Appeal procedures for extensions of time, undersigned counsel's office sent email correspondence to the Kinnard Mediation Center requesting an extension of time for service of its brief.

3.      On January 14, 2025, the Kinnard Mediation Center granted Appellant's request for an extension of time for service of the Initial Brief to and including February 25, 2025.  *A true and correct copy of the Kinnard Mediation Center email granting the extension of time is attached hereto as Exhibit "A."*

4.      Accordingly, the undersigned is filing a copy of the Kinnard Mediation Center's email in order for it to become part of the Record on Appeal.

Respectfully submitted this <u>20th</u> day of January 2025.

        **LUKS, SANTANIELLO, PETRILLO COHEN & PETERFRIEND**
*Attorneys for Plaintiffs/Appellants*
301 Yamato Road, Suite 4150
Boca Raton, Florida 33431
Tel.: 561.893.9088
Fax: 561.893.9048

By:   <u>*/s/ Edgardo Ferreyra*</u>
    EDGARDO FERREYRA
    Florida Bar No.: 685623
    VALERIE R. EDWARDS
    Florida Bar No.: 104355

# **CERTIFICATE OF SERVICE**

Appellants, Kloeckner Metals Corporation and XL Insurance America, Inc., by and through undersigned counsel, hereby certifies that a true and correct copy of the foregoing was served via the Court's Electronic Notification System, and/or Electronic Mail, to all counsel on the attached Service List, this 20th day of January 2025.

        **LUKS, SANTANIELLO, PETRILLO COHEN & Peterfriend**
*Attorneys for Defendant/Appellant*
301 Yamato Road, Suite 4150
Boca Raton, Florida 33431
Tel.: 561.893.9088
Fax: 561.893.9048

By: /s/ *Edgardo Ferreyra*
EDGARDO FERREYRA
Florida Bar No.: 685623
VALERIE R. EDWARDS
Florida Bar No.: 104355

## **SERVICE LIST**

*Counsel for Defendant/Appellee*
Frederick O. Ferrand, Esq.
Lauren E. H. Meadows, Esq.
SWIFT URRIE McGHEE & HIERS
1420 Peachtree Street, NE, Suite 800
Atlanta, Georgia 30309

# Anne Fraas

| | |
|---|---|
| **From:** | CA11db_KMC Brief Extensions <KMC_Brief_Extensions@ca11.uscourts.gov> |
| **Sent:** | Tuesday, January 14, 2025 9:04 AM |
| **To:** | Anne Fraas |
| **Cc:** | Andrea Doneff; Edgardo Ferreyra; Lauren.meadows@swiftcurrie.com; Fred.ferrand@swiftcurrie.com |
| **Subject:** | GRANTED   RE:  Brief Extension Requested \| 24-13635-J Kloeckner Metals Corporation v. Alliance Workforce Solutions |
| | |
| **Categories:** | Profiled |
| **PLClientCode:** | XLE |
| **PLEventCode:** | 7PF5612 |
| **PLMatterCode:** | AXE-29545B |
| **PLStatus:** | P |

**GRANTED**:  The KMC extends the time for filing this brief to **February 25, 2025.**

*Brief Extension Coordinator*
*Kinnard Mediation Center*
*United States Court of Appeals for the Eleventh Circuit*

**NOTE:** KMC extensions are not posted on the external docket. This email serves as your extension confirmation.

---

**From:** Anne Fraas <AFraas@insurancedefense.net>
**Sent:** Monday, January 13, 2025 4:06 PM
**To:** CA11db_KMC Brief Extensions <KMC_Brief_Extensions@ca11.uscourts.gov>
**Cc:** Andrea Doneff <Andrea_Doneff@ca11.uscourts.gov>; Edgardo Ferreyra <EFerreyra@insurancedefense.net>; Lauren.meadows@swiftcurrie.com; Fred.ferrand@swiftcurrie.com
**Subject:** RE: Brief Extension Requested | 24-13635-J Kloeckner Metals Corporation v. Alliance Workforce Solutions

**CAUTION - EXTERNAL:**

Good afternoon:

Circuit Mediator: Andrea Doneff
Mediation Date: February 11, 2025
Brief of Appellant, Kloeckner Metals Corporation
Current due date: January 15, 2025
New due date requested: February 25, 2025

We have contacted opposing counsel and may represent that all parties agree to the extension.  We meet the requirements necessary to obtain a KMC Brief Extension and request the above extension of time.  We understand that if the KMC grants the extension,

we will forward this email to the clerk, copying the circuit mediator and counsel for each party separately represented (as copied with email request), and the clerk will update the docket to reflect this new due date. Thank you for your kind consideration and time.

Respectfully submitted,

**Anne Fraas**
**Paralegal to Daniel Weinger and Edgardo Ferreyra**

110 S.E. 6th Street
Suite 1401
Fort Lauderdale, FL 33301
Phone: 954-761-9900
Direct: 954-847-2905
Fax: 954-761-9940



 

CONFIDENTIALITY NOTICE : The information contained in this e-mail is intended only for the confidential use of the recipient(s) named above. This message and its attachments are attorney-client privileged communications, work product and mental impressions of the above sender. If the reader of this message is not the intended recipient or if you have received this communication in error, you are hereby notified that you have received this in error, that you should destroy it, notify us at once and any review, dissemination or copying is strictly prohibited.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.